IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RICHARD DELON DAY,
ADC #88100                                                                                              PLAINTIFF

5:04CV00384 WRW/HDY

CORRECTIONAL MEDICAL
SERVICES, INC., et al.                                                                           DEFENDANTS

ORDER

The Court has received proposed findings and recommendations from Magistrate Judge H. David Young. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety.

IT IS, THEREFORE ORDERED that defendants shall have judgment against plaintiff and that plaintiff's complaint is DISMISSED with prejudice.

IT IS SO ORDERED this 31st day of March, 2006.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE